# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RAWAN BARAKAT,**<br><br>   **Plaintiff,**<br><br>v.<br><br>**WALGREEN CO.,**<br><br>   **Defendant.** | **Civil Action No. _____** |

TO: The Honorable Judges of the
   United States District Court
   District of Massachusetts

## NOTICE OF REMOVAL

Defendant Walgreen Pharmacy Services Midwest, LLC, files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. In support thereof, Defendant states the following:

### Preliminary Statement of Claims

1. Defendant is a party to a civil action filed by Plaintiff Rawan Barakat in the Commonwealth of Massachusetts, Suffolk County Superior Court, Civil Action No. 2284CV01166F (the "State Court Action").

2. In her Complaint in the State Court Action, filed on May 26, 2022 and served on May 26, 2022, Plaintiff alleges violations of Chapter 151B of the Massachusetts General Laws (Compl., at Counts I-IV).

### Venue

3. In accordance with 28 U.S.C. § 1441(a), venue lies in the United States District Court for the District of Massachusetts because the State Court Action was filed within this judicial district and division.

**Grounds for Removal**

**Diversity Jurisdiction**

4. Removal is appropriate under 28 U.S.C. § 1332(a) because there is complete diversity between Plaintiff and Defendant and the amount in controversy exceeds $75,000.

5. Plaintiff is a citizen of the Commonwealth of Massachusetts. (Compl. ¶ 6).

6. Defendant Walgreen Pharmacy Services Midwest, LLC, is organized in the State of Illinois and at all relevant times, has had its principle place of business in the State of Illinois. Defendant's Members include, Happy Harry's Inc., a Delaware corporation, Walgreen, Louisiana Co., Inc, a Louisiana corporation, Duane Reade, Inc., a Delaware corporation, and Bond Drug Company of Illinois, an Illinois LLC.[1]  Defendant is therefore a citizen of Illinois, Delaware, and Louisiana.  *See* 28 U.S.C. § 1332(c)(1); *D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra*, 661 F.3d 124, 125 (1st Cir. 2011) ("for the purposes of diversity jurisdiction…the citizenship of a limited liability company is determined by the citizenship of all of its members").  As Plaintiff is a citizen of Massachusetts, while none of Defendant's Members and/or parent companies is a citizen of Massachusetts, this Court has original jurisdiction under 28 U.S.C. § 1332 based on complete diversity of citizenship.

7. There is a reasonable probability that the amount in controversy in this action exceeds the sum of $75,000.00, exclusive of interest and costs.  Plaintiff alleges in her Complaint that she suffered damages as a result of her purported separation from employment with the Defendant.  (Compl. ¶¶ 70-74, 81, 90, 96).  Plaintiff alleges damages in the form of "documented" lost wages and compensation to date in the amount of $150,000, "reasonably

---

[1] In turn, Bond Drug Company of Illinois is wholly owned by Walgreen Eastern Co., Inc., a New York corporation. Walgreen Eastern Co., Inc. is wholly owned by Walgreen Arizona Drug Company, an Arizona corporation, which is wholly owned by Walgreen Co., an Illinois corporation with a principle place of business in Illinois.

2

anticipated" lost wages of $333,000, and emotional distress damages of $500,000, totaling $983,000 in alleged damages.  (Compl. Counts I-IV; Civil Action Cover Sheet).

## Timeliness of Removal

8. Defendant received a copy of Plaintiff's Complaint on May 26, 2022, and waived formal service of the Complaint on June 3, 2022.  *See* **Exhibit A**.  Defendant files this Notice of Removal within thirty (30) days after receipt of the Complaint setting forth the claims for relief upon which the action is based, and the time for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not expired.  Filed herewith as **Exhibit B** are true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action, as provided by 28 U.S.C. § 1447.

## Proper Notice of Removal

9. Defendant will promptly file a true and correct copy of its Notice of Removal with the Superior Court, Suffolk County, Commonwealth of Massachusetts, where this action has been pending, as provided by 28 U.S.C. § 1446(d).  *See* **Exhibit C**.

10. Defendant will promptly serve a copy of this Notice of Removal on the attorney for Plaintiff pursuant to 28 U.S.C. § 1446(d).  *See* **Exhibit D**.

11. Pursuant to Local Rule 81.1(a), Defendant will obtain certified or attested copies of the docket sheet and all pleadings in the State Court Action and will file them in this Court within twenty-eight (28) days.  Additionally, pursuant to Local Rule 5.4(f), Defendant will also file a disk with the clerk's office, containing the State Court record in .pdf format.

12. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441.

4

13. By filing this Notice of Removal, Defendant is not making a general appearance and is not waiving any defenses and/or grounds for dismissal that may be available to it pursuant to Rule 12 of the Federal Rules of Civil Procedure and/or any other applicable rules, including, but not limited to, those related to service of process, sufficiency of process, venue, or jurisdiction. Defendant specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

WHEREFORE, Defendant removes the State Court Action to this Court's jurisdiction.

Respectfully submitted,

WALGREEN PHARMACY SERVICES MIDWEST, LLC

By Its Attorneys,

*/s/ Brendan T. Sweeney*
Ryan W. Jaziri (BBO #681512)
Brendan T. Sweeney (BBO #703992)
MORGAN, BROWN & JOY, LLP
200 State Street, Suite 11A
Boston, MA 02109
P: (617) 523-6666
F: (617) 367-3125
E: rjaziri@morganbrown.com
   bsweeney@morganbrown.com

Date: June 24, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, a copy of the foregoing document was served by electronic and first-class U.S. mail and email upon:

Gary M. Feldman, Esq.
gfeldman@davismalm.com
Davis Malm
One Boston Place, 37th Floor
Boston, MA 02108

*/s/ Brendan T. Sweeney*
Brendan T. Sweeney